No. 576. LEONARDO ET UX. *v.* BOARD OF COUNTY COM-MISSIONERS OF ST. MARY'S COUNTY, MARYLAND, ET AL. Court of Appeals of Maryland. Certiorari denied. *Hyman Ginsberg* for petitioners. *H. Warren Buckler, Jr.* for respondents.

No. 580. HARTFORD ACCIDENT & INDEMNITY CO. *v.* LIZZA & SONS, INC., ET AL. C. A. 1st Cir. Certiorari denied. *Frederick M. Kingsbury* for petitioner. *Frank E. A. Sander* for Lizza & Sons, Inc., respondent.

No. 582. ARTHUR WALTER SEED CO. *v.* MCCLURE, TREASURER OF KNOX COUNTY, INDIANA. Supreme Court of Indiana. Certiorari denied. *James J. Costello, Jr.* for petitioner. *James J. Lewis* and *James W. Funk* for respondent.

No. 584. SMITH *v.* INDEMNITY INSURANCE CO. OF NORTH AMERICA. C. A. 5th Cir. Certiorari denied. *Otis W. Bullock* for petitioner. *Richard H. Switzer* for respondent.

No. 585. BONNEY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *John J. Nicit* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *L. W. Post* for respondent.

No. 590. AMERICAN PIPE & STEEL CORP. *v.* COMMIS-SIONER OF INTERNAL REVENUE. C. A. 9th Cir. Cer-tiorari denied. *Peyton Ford* and *Alan Y. Cole* for peti-tioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for respondent.